# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Joseph Bernal, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   16 C 1904 |
| NRA GROUP. LLC, a Pennsylvania limited liability company, d/b/a National Recovery Agency, | ) ) ) ) | Judge Feinerman Magistrate Judge Rowland |
| Defendant. | ) ) | |

## DECLARATION OF DAVID J. PHILIPPS

I, **David J. Philipps**, under penalties of perjury hereby declare and state:

1. I am a member of the Illinois state bar (1987), and the bars of the United States District Court for the Northern (general 1988; trial 1996), the Central (1995), and the Southern (2007) Districts of Illinois and the Southern (1997), and Northern (2007) Districts of Indiana. I am also a member of the bars for the Seventh (1989) and Ninth (1993) Circuits of the United States Court of Appeals, and the bar of the United States Supreme Court (1994).

2. I am a 1984 graduate of Loyola University of Chicago and a 1987 graduate of the University of Illinois College of Law. I served as law clerk to Justice Benjamin K. Miller of the Illinois Supreme Court during 1987 and 1988. From August, 1988, to October, 1999, I practiced with the firm of Beeler, Schad & Diamond, P.C., in Chicago, Illinois, and was a shareholder in that firm from July, 1995, until I left and founded the firm of Gomolinski & Philipps, Ltd., in November, 1999. My firm is now known as Philipps & Philipps, Ltd., after our partner, William E. Gomolinski, became a



Judge of the Circuit Court of Cook County in 2007.

      3.      I have been a featured speaker on the Fair Debt Collection Practices Act at:

- the Chicago Volunteer Legal Services Foundation; the Chicago Legal Clinic and the University of Illinois College of Law Clinical Training Program

- the Bankruptcy Committee of the Chicago Bar Association's Young Lawyers Section;

- a Lorman Business Seminar;

- the 1995 National Consumer Law Center Conference in San Francisco, California;

- the 1996 National Consumer Law Center Conference in Washington, D.C.;

- the 1998 National Association of Consumer Advocates Conference in Chicago, Illinois;

- a 2001 Chicago Bar Association seminar;

- the 2004 National Consumer Law Center and the National Association of Consumer Advocates, Kansas City, Missouri, Fair Debt Collection Practices Training Conference
  -- Client Retainers, Tape Recording, Class Actions, Punitive Damages;
  -- Selected Fair Debt Collection Practices Act Claims; and,
  -- FDCPA Claims: Ask The Experts;

- the 2005 National Consumer Law Center and National Association of Consumer Advocates, Washington, D.C., Fair Debt Collection Practices Training Conference
  -- Practice Issues: Discovery, Summary Judgment, Evidentiary Issues, Attorney Fees;

- the Spring, 2005 Boston National Association of Retail Collection Attorneys' Collection Conference
  -- Mock Appellate Court Argument On Meaningful Attorney Involvement;

- the 2006 National Consumer Law Center and the National

2

        Association of Consumer Advocates, Austin, Texas FDCPA Training Conference
-- Selecting, Developing, Valuing and Settling Fair Debt Collection Letter Cases; and,
-- Preparing for an FDCPA Trial;

- the 2006 American Bar Association Tort Trial & Insurance Practice Section Business Litigation Committee TeleCLE
-- Credit Reporting and Debt Collection – The Laws and Your Practice;

- the 2007 National Consumer Law Center and the National Association of Consumer Advocates, Tucson, Arizona FDCPA Training Conference
-- Selecting, Developing, Valuing Letter and Overcharge Cases;
-- Evaluating Debt Buyer Cases for Class Actions; and,
-- Using Experts to Establish Deception, Damages;

- the 2007 Fall Workshop, National Association of Consumer Bankruptcy Attorneys, Las Vegas, Nevada, October 26-27, 2007.

- the 2007 National Consumer Law Center Consumer Rights Litigation Conference, Washington, D.C., November 8-11, 2007;

- the 2008 National Consumer Law Center and the National Association of Consumer Advocates, Nashville, Tennessee FDCPA Training Conference
-- Selecting, Developing, Valuing Letter and Overcharge Cases;
-- 10 Best FDCPA Class Actions; and,
-- Electronic Discovery;

- a 2008 Chicago Bar Consumer Law Committee Meeting on Current Issues Under the FDCPA;

- the 2008 DuPage County Bar Association – Consumer Fraud and Protection Seminar on the FDCPA;

- the 2008 National Consumer Law Center Consumer Rights Litigation Conference, Portland, Oregon, October 24, 2008;

- the 2009 National Consumer Law Center and the National Association of Consumer Advocates Fair Debt Collection Training Conference, San Diego, California, February 27, 2009 on Selected FDCPA Class Action Topics;

3

- the Spring 2009 Indiana State Court Judicial College at a seminar on "Zombie Debts" on April 16, 2009;

- the Summer 2009 Federal Trade Commission, Protecting Consumers in Debt Collection Litigation and Arbitration: A Roundtable Discussion on August 5-6, 2009;

- the 2010 National Consumer Law Center and the National Association of Consumer Advocates Fair Debt Collection Training Conference, Jacksonville, Florida, March 5, 2010 on Selecting, Developing, Valuing Letter and Overcharge Cases;

- the 2010 National Legal Aid Defenders Association Conference, Chicago, Illinois, July 22, 2010 on Zombie Debt Collection Defense;

- the 2011 National Consumer Law Center and the National Association of Consumer Advocates Fair Debt Collection Training Conference, Seattle, Washington, March 4, 2011 on Selecting, Developing, Valuing Letter and Overcharge Cases and on Ask the Experts;

- the National Association of Retail Collection Attorneys 2011 Spring Collection Conference, Chicago, Illinois, May 12, 2011 on Consumer Attorney Panel Discussion;

- the 2011 National Consumer Law Center's Consumer Rights Litigation Conference in Chicago, Illinois, November 2011;
  -- ABC's of Class Actions I and II;
  -- New Fair Debt Collection Practices Act Developments; and
  -- Consumer Class Action Symposium: It's All in the Timing – Planning and Coordinating Discovery, Motion Practice and Request for Class Certification;

- the 2012 National Consumer Law Center and the National Association of Consumer Advocates Fair Debt Collection Training Conference, New Orleans, Louisiana, February 23, 2012 on the Fair Debt Collection Practices Act Developments, and on Winning Summary Judgment: Tips and Traps;

- the CARPLS (Coordinated Advice and Referral Program for Legal Services) Training Session on the Fair Debt Collection Practices Act, Chicago, Illinois, March 5, 2012;

- the Chicago Bar Association's Consumer Law seminar "What Consumer Lawyers Need to Know About Bankruptcy" on "Bankruptcy and the FDCPA", Chicago, Illinois, April, 2012;

4

- the Chicago Bar Association's Consumer Law Committee on "Developments in FDCPA Litigation", Chicago, Illinois, May, 2012;

- the 2012 National Consumer Law Center and the National Association of Consumer Advocates Fair Debt Collection Training Conference, Seattle, Washington, October 25, 2012 on the Fair Debt Collection Practices Act, Appellate Developments;

- the 2012 National Consumer Law Center's Consumer Rights Litigation Conference in Seattle, Washington, November 2012, on "FDCPA Appellate Developments";

- the 2013 National Consumer Law Center and the National Association of Consumer Advocates Fair Debt Collection Training Conference, Baltimore, Maryland, March, 2013, on:
  -- Selecting, Developing, Valuing Letter and Overcharge Cases;
  -- FDCPA Developments; and,
  -- Developing a Private Fair Debt Practice;

- the CARPLS (Coordinated Advice and Referral Program for Legal Services) Training Session on the Fair Debt Collection Practices Act, Chicago, Illinois, March 20, 2013;

- the Land of Lincoln Legal Assistance Foundation's Consumer Law Training on Debt Defense and Fair Debt Collection Practices Act, Vandalia, Illinois, April 15, 2013;

- the Federal Trade Commission-Consumer Financial Protection Bureau forum and workshop in Washington, D.C., on "Life of a Debt: Data Integrity in Debt Collections on June 6 and 7, 2013;

- the National Association of Consumer Advocates Webinar on "Ethical Considerations for Fair Debt Collection Practices Act Practitioners", on July 1, 2013;

- the 2013 National Consumer Law Center's Consumer Rights Litigation Conference in Washington, D.C., November 7 - 9, 2013, on FDCPA Appellate Developments;

- the 2014 National Consumer Law Center's Consumer Rights Litigation Conference in San Antonio, Texas, March 7 and 8, 2014 on:
  -- Selecting, Developing, Valuing Letter and Overcharge Cases;
  -- FDCPA Case Developments; and,
  -- CFPB's FDCPA Rulemaking;

5

- the NACARA (North American Collection Agency Regulatory Association) Conference in Boise, Idaho, September 29, 2014 on Debt Collection Policy Issues;

- the 2014 Illinois Legal Aid Advocates Conference on "Debt Defenses and the FDCPA", Chicago, Illinois, October 17, 2014;

- the 2014 National Consumer Law Center's Consumer Rights Litigation Conference in Tampa, Florida, November 6 and 9, 2014 on:
  -- Plenary – Report from Washington D.C.;
  -- FDCPA Appellate and CFPB Developments;

- the 2015 the National Consumer Law Center's and National Association of Consumer Advocates' Fair Debt Collection Training Conference in Washington, D.C., March 12 and 13, 2015 on:
  -- Selecting, Developing, Valuing Letter and Overcharge Cases;
  -- *Crawford* and Other Claims Based on Debt Collection Activity in Bankruptcy Court – Individual and Class;
  -- Tips to Improve Your Appellate Briefing and Argument; and,
  -- Ask the Experts;

- the Chicago Bar Association's Consumer Law seminar on "Statute of Limitations on Debt Collection, the FDCPA, and Bankruptcy", Chicago, Illinois, April 16, 2015;

- the 2015 National Consumer Law Center's Consumer Rights Litigation Conference in San Antonio, Texas, November 11 to 14, 2015 on:
  -- FDCPA Appellate and CFPB Developments;
  -- FDCPA Claims Before, During, and After Bankruptcy;

- the 2016 National Consumer Law Center's and National Association of Consumer Advocates' Fair Debt Collection Training Conference in Miami, Florida, March 10 to 13, 2016 on:
  -- FDCPA Selecting, Developing, Valuing Letter and Overcharge Cases;
  -- FDCPA Developments;
  -- Post-Bankruptcy Pursuit of Discharged Foreclosure Debt; and,

- the National Creditors Bar Association's 2016 Spring Conference in Chicago, Illinois, May 6, 2016 on a Consumer Attorney/Defense Bar panel.

Upcoming speaking engagements:

- the 2016 National Association of Consumer Bankruptcy Attorneys' 24th Annual Convention San Francisco, California, May 19 to 22, 2016 on:
  -- FDCPA Claims Before, During, and After Bankruptcy

- the 2015 National Consumer Law Center's Consumer Rights Litigation Conference in Anaheim, California, November 20 to 23, 2015 on:
  -- FDCPA Appellate and CFPB Developments

4. I am one of the founding members of the National Association of Consumer Advocates (1995), and I was the Illinois State Chair for NACA from 2008 to 2013, and was elected to its Board of Directors in 2013. On November 4, 2011, I was named NACA Consumer Attorney of the Year at the National Association of Consumer Advocates' 2011 Annual Meeting, Media & Trial Advocacy Awards, held in Chicago, Illinois. Moreover, I was also the chair of the Chicago Host Committee for the National Consumer Law Center's 20th Annual Consumer Rights Litigation Conference, held on November 3-6, 2011 in Chicago, Illinois.

5. On May 8, 2014, I was honored with an Award for Excellence in Pro Bono Service by the Judges of the United States District Court for the Northern District of Illinois and the Chicago Chapter of the Federal Bar Association. In addition, I was honored by the Chicago Bar Association for providing *pro bono* legal service to those in need (1998), by the Chicago Volunteer Legal Services Foundation for my work to protect consumers and my support of CVLS's volunteers (1996) and by the Chicago Legal Clinic for outstanding efforts to make the legal system accessible to the poor (1996).

6. I have been a member of the Chicago Bar Association's Class Litigation

Committee from 1988 to the present and I served as the committee's recent developments coordinator and legislative liaison from 1992-95. I have lectured about class action lawsuits to the Central Illinois Paralegal Association and the Chicago Volunteer Legal Services Foundation. I have also spoken at the University of Illinois College of Law for the trial advocacy program and the Transactions & Community Economic Development Clinic.

    7.    My firm, Philipps & Philipps, Ltd., currently has two other attorneys, Partner Mary E. Philipps, who is a 1987 graduate of the University of Illinois College of Law, and in 1988 earned an LL.M. from the Universität Bielefeld in Germany; Mary earned her Bachelor's degree from Northwestern University in 1983. Mary's practice has been virtually identical to mine. We also have an associate, Angie K. Robertson, who is a 2010 graduate of Loyola University Chicago School of Law and a 2003 graduate of the University of Nebraska at Omaha. Additionally, my law firm has three paralegals: Heidi Kaplar, Eva Falzone, and Karen Stanuch.

    8.    The following is a list of many of the consumer and investment class actions that I have worked on at either my former or current law firm:

    a.    <u>Barkman v. Wabash, Inc., et al.</u>, 85 C 611 (N.D. Ill.). Co-lead counsel in a securities fraud class action involving self dealing during a merger transaction - $8.5 million recovered for the class through settlement.

    b.    <u>Forester v. Jewel Companies, Inc.</u>, 86 C 8498 (Cir. Ct. of Cook Cty.). Lead counsel in a personal injury class action involving milk tainted with salmonellosis - $2 million in recovery for the class pursuant to settlement.

    c.    <u>Gaskill v. Financial Concepts</u>, 88 C 3404 (N.D. Ill.). Co-lead counsel in a Ponzi scheme/securities fraud class action - $43 million recovery.

        ·<u>Southmark v. Cagan</u>, 999 F.2d 216 (7th Cir. 1992)(reversing trial court's refusal to allow receiver for defrauded investors to bring counterclaim for fraudulent conveyance and RICO in lender's mortgage foreclosure action).

8

·Gaskill v. Gordon, 27 F.3d 248 (7th Cir. 1994)(affirming creation of judicial lien, with a priority over mortgage lender, in favor of receiver for defrauded investors for work done managing property).

·Cagan v. Mutual Benefit Life Insurance Company, 28 F.3d 654 (7th Cir. 1994)(affirming the creation of a judicial lien, in favor of the receiver for work done managing property, with a priority over mortgage lender).

d. Hess v. I.R.E. Real Estate Income Fund, 88 CH 4670 (Cir. Ct. of Cook Cty.), co-lead counsel in a securities fraud class action case - $8.9 million recovery (class members received 150% return on funds invested) on behalf of class.

·Hess v. I.R.E. Real Estate Income Fund, 629 N.E.2d 520 (Ill. App. 1993), established that class actions may be brought under the Illinois Securities Law and that class action tolling applies to statutory causes of action.

e. Spicer v. Chicago Board Options Exchange, 89 C. 2139 (N.D. Ill.). Co-lead counsel in commodities and securities fraud class action against a financial exchange involving the 1987 stock market crash - $10 million recovery for the class through settlement.

f. Cagan v. West Suburban Bank of Lombard, 90 C 5582 (N.D. Ill.). Co-lead counsel in securities fraud and RICO class action against a bank for aiding and abetting a Ponzi scheme - $650,000 recovery through settlement.

g. Jones v. McKenzie Leasing Corporation, 94 L 6809 (Cir. Ct. of Cook Cty.) Lead Counsel in a consumer fraud and Rental Purchase Agreement Act class action against a rent-to-own company for failing to make required disclosures and for charging unconscionably high prices.

h. Hasek v. Chrysler Corp., 94 L 11500 (Cir. Ct. of Cook Cty.) Co-lead counsel in a breach of warranty and consumer fraud class action for Jeep vehicles with defective engines.

i. Naunheimer v. World Cup USA 1994, Inc., 94 CH 5151 (Cir. Ct. of Cook Cty.) Consumer fraud class action regarding the sale and distribution of World Cup soccer tickets.

j. Tinman v. The County of Will, No. 02 CH 197 (12th Judicial Cir. Court, Will Cty.) Declaratory judgment action against the County of Will challenging fines imposed for overweight vehicles pursuant to a local ordinance that was never properly enacted.

    k.      Slodki v. American Resorts International, No. 02 CH 1787 (Cir. Ct. of Cook Cty.)  Action against membership resort group for charging unauthorized special assessments to members.

    l.      Weizeorick v. 1st Advantage Mortgage, No. 02 CH 3324 (Cir. Ct. of Cook Cty.) Action against mortgage lender for engaging in the unauthorized practice of law by charging a fee to prepare mortgage documents.

    m.      Weizeorick v. ABN AMRO Mortgage Group, Inc., No. 02 CH 12806 (Cir. Ct. of Cook Cty.) and No. 01 C 0713 (N.D. Ill.).  Action against mortgage lender for violations of RESPA, for charging fees for services not provided.

    n.      Cummings v. Sallie Mae, Inc., No. 12 C 9984 (N.D. Ill.). $9,250,000 class action settlement against student loan lender for violating the TCPA.

    o.      Lanteri v. Credit Protection Association, No. 13-cv-1501-WTL-DKL (S.D. Ind.) – pending TCPA class action.

    p.      Cholly v. Uptain Group, 15-cv-5030 (N.D. Ill.) – pending TCPA class action.

9.      The following is a list of the FDCPA cases I have litigated in the United States Court of Appeals for the Seventh Circuit:

- Bravo v. Midland Credit Management, 812 F. 3d 599 (7th Cir. 2016);
- Zemeckis v. Global Credit & Collection Corporation, 679 F.3d 632 (7th Cir. 2012);
- Tinsley v. Integrity Financial Partners, 634 F.3d 416 (7th Cir. 2011);
- DeKoven v. Plaza Associates, 599 F.3d 578, 582-583 (7th Cir. 2010);
- Evory v. RJM Acquisitions Funding, 505 F.3d 769 (7th Cir. 2007);
- Ross v. RJM Acquisitions Funding, 480 F.3d 493 (7th Cir. 2007);
- McMillan v. Collection Professionals, 455 F.3d 754 (7th Cir. 2006);
- Durkin v. Equifax Check Services, 406 F.3d 410 (7th Cir. 2005);
- Randolph v. IMBS, 368 F.3d 726 (7th Cir. 2004);

10

- Olson v. Risk Management Alternatives, 366 F.3d 509 (7th Cir 2004);
- Taylor v. Cavalry, 364 F.3d 572 (7th Cir. 2004);
- Hyman v. Tate and Kirlin, 362 F.3d 965 (7th Cir. 2004);
- Chuway v. National Action Financial Services, 362 F.3d 944 (7th Cir. 2004);
- Dechert v. Cadle Co., 333 F.3d 801 (7th Cir. 2003); and 441 F.3d 474 (7th Cir. 2006);
- Horkey v. J.V.D.B. & Associates, 333 F.3d 769 (7th Cir. 2003);
- Turner v. J.V.D.B. & Associates, 330 F.3d 991 (7th Cir.2003);
- Davis v. Hutchins, 321 F.3d 641 (7th Cir. 2003);
- Sanders v. Jackson, 209 F.3d 998 (7th Cir. 2000);
- Bailey v. Security Nat. Servicing, 154 F.3d 384 (7th Cir. 1998);
- Berman v. GC Services, 146 F.3d 482 (7th Cir. 1998);
- Jang v. A.M. Miller and Associates, 122 F.3d 480 (7th Cir. 1997);
- Newman v. Boehm, Pearlstein & Bright, 119 F.3d 477 (7th Cir.1997); and,
- Gammon v. GC Services, 27 F.3d 1254 (7th Cir. 1994).

Additionally, I have litigated the following non-FDCPA cases in the United States Court of Appeals for the Seventh Circuit:

- Fisher v. Apostolou, 155 F.3d 876 (7th Cir. 1998)
- Wiggins v. Martin, 150 F.3d 671 (7th Cir. 1998).

I have also litigated the following cases before the Illinois Appellate Court:

- Doll v. Bernard, 218 Ill.App.3d 719, 578 N.E.2d 1053, 161 Ill. Dec. 407 (Ill. App. 1 Dist. 1991)
- Hess v. I.R.E. Real Estate Income Fund, Ltd., 255 Ill.App.3d 790, 629 N.E.2d 520, 195 Ill. Dec. 935 (Ill. App. 1 Dist. 1993)
- Kugler v. Southmark Realty Partners III, 309 Ill.App.3d 790, 723

11

N.E.2d 710, 243 Ill. Dec. 407 (Ill. App. 1 Dist. 1999)

I also helped prepare an amicus brief, *pro bono*, for the Chicago Bar Association for a matter before the Illinois Supreme Court concerning professional responsibility and attorney ethics:

- In Re Marriage of Decker, 153 Ill.2d 298, 606 N.E.2d 1094, 180 Ill. Dec. 17 (Ill. 1993);

as well as an amicus brief, *pro bono*, for NCLC and NACA before the Illinois Appellate Court concerning the use by debt buyers of false, robo-signed affidavits to obtain judgments against consumers in state court collection lawsuits:

- Unifund CCR Partners v. Shah, 993 N.E.2d 518, 373 Ill.Dec. 212 (Ill.App. 1 Dist. 2013).

10. The following is a list of the Fair Debt Collection Practices Act class actions in which I have been appointed class counsel in contested class certification proceedings:

   a. Blum v. ACB Business Services, No. 93 C 5210 (N.D. Ill.)(Judge Nordberg). Certified by Minute Order dated March 20, 1995;

   b. Gammon v. G.C. Services Limited Partnership, No. 93 C 5338 (N.D. Ill.) (Judge Castillo). Certified in opinion at 162 F.R.D. 313 (N.D. Ill 1995). See also, Gammon v. G.C. Services Limited Partnership, 27 F.3d 1254 (7th Cir. 1994)(reversing a sua sponte dismissal of the case and establishing the "unsophisticated consumer" as the standard in the 7th Circuit);

   c. Blum v. Fisher and Fisher, No. 96 C 2194 (N.D. Ill. July 29, 1997)(Judge Moran). Certified by Minute Order dated July 29, 1997, 1997 U.S. Dist. LEXIS 11508;

   d. Mitchell v. Allied Interstate, No. 97 C 7177 (N.D. Ill.) (Judge Leinenweber). Certified by Minute Order dated June 24, 1998;

   e. Young v. Meyer & Njus, 183 F.R.D. 231, (N.D.Ill.1998) (Judge Bucklo). Denied motion to de-certify Rule 23(b)(2) class of 5,000 recipients of form collection letters, which had been certified by stipulation;

f. <u>Jenkins v. Union Corp.</u>, No. 96 C 3440 (N.D.Ill.1998) (Judge Castillo). Certified by Minute Order dated September 24, 1998;

g. <u>Ryan v. Transworld Systems</u>, No. IP 97-0595-C M/S (S.D.Ind.) (Judge McKinney). Certified by Order dated February 22, 1999;

h. <u>Walker v. Equifax Check Services</u>, No. IP98-885-C-D/F (S.D. Ind.)(Judge Dillin). Certified by Order dated April 28, 1999, 1999 U.S. Dist. LEXIS 23970;

i. <u>Hardrick v. Dun & Bradstreet</u>, No. 98 C 4973 (N.D. Ill.) (Judge Zagel). Certified by Minute Order dated August 26, 1999;

j. <u>Seposs v. NCO Financial Systems</u>, No. 99 C 7147 (N.D. Ill.) (Judge Gettleman). Certified by Minute Order dated May 31, 2000;

k. <u>Zoch v. ExTerra Credit Recovery</u>, No.IP99-1541-C-M/S (S.D. Ind.) (Judge McKinney). Certified by Order dated July 18, 2000;

l. <u>Durkin v. Equifax Check Services</u>, No. 00 C 4832, 2001 U.S. Dist. LEXIS 27161 (N.D. Ill.) (Judge Hibbler). Certified by Minute Order dated February 12, 2001;

m. <u>Kremnitzer v. Cabrera & Rephen</u>, 202 F.R.D. 239 (N.D. Ill.) (Judge Kocoras). Certified by Memorandum Opinion dated August 9, 2001;

n. <u>Whitten v. ARS National Services</u>, No.00 C 6080 (N.D. Ill.)(Judge Lefkow). Certified by Memorandum Opinion dated September 26, 2001, 2001 U.S. Dist. LEXIS 15472;

o. <u>Parker v. Risk Management Alternatives</u>, 206 F.R.D. 211 (N.D. Ill.)(Judge Gettleman). Certified by Memorandum Opinion and Order dated February 25, 2002;

p. <u>Jones v. Risk Management Alternatives</u>, No. 02 C 9392, (N.D. Ill.)(Judge Aspen). Certified by Memorandum Opinion dated July 9, 2003, 2003 U.S. Dist. LEXIS 12017;

q. <u>Wilson v. Collecto</u>, No. 03 C 4673(N.D. Ill.)(Judge St. Eve), Certified by Memorandum Opinion dated February 25, 2004, 2004 U.S. Dist. LEXIS 3074;

r. <u>Robles v. Corporate Receivables</u>, 220 F.R.D. 306, (N.D. Ill.)(Magistrate Judge Levin), Certified by Memorandum Opinion dated March 2, 2004;

13

s.  Mendez v. M.R.S. Associates, No. 03 C 6753, (N.D. Ill.)(Judge Pallmeyer), Certified by Memorandum Opinion and Order, dated August 3, 2004, 2004 U.S. Dist. LEXIS 14901;

t.  Bell v. Bowman, Heintz, Boscia & Vician, No. IP02-0373-C-B/S (S.D. Ind.)(Judge Barker), Certified by oral ruling in open court on October 1, 2004;

u.  Jackson v. National Action Financial Services, 227 F.R.D. 284, (N.D. Ill.)(Judge Castillo), Certified by Memorandum Opinion and Order dated April 11, 2005;

v.  Dawson v. Allied Interstate, No. 04 C 6618 (N.D.Ill.)(Magistrate Judge Mason), adopted by Minute Order (Judge Guzman), dated September 1, 2005, 2005 U.S. Dist. LEXIS 14595;

w.  Lau v. Arrow Financial Services, 245 F.R.D. 620 (N.D. Ill. 2007)(Judge Guzman);

x.  Hubbard v. Midland Credit Management, No. 1:05-cv-0216-DFH-TAB, (S.D. Ind.)(Hamilton, J.), Certified by Entry dated December 19, 2008, 2008 U.S. Dist. LEXIS 102982;

y.  Hubbard v. M.R.S. Associates, No. 1:05-cv-0218-DFH-TAB (S.D. Ind.)(Hamilton, J.), Certified by Entry dated December 19, 2008, 2008 U.S. Dist. LEXIS 102983;

z.  Jenkins v. Palisades Acquisitions XVI, No. 08 C 515 (N.D.Ill.)(Darrah, J), Certified by Memorandum Opinion and Order dated April 2, 2009, 2009 U.S. Dist. LEXIS 28627;

aa. Braatz v. Leading Edge Recovery Solutions, No. 11 C 3835 (N.D.Ill.)(Shadur, J.), Certified by Memorandum Opinion and Order dated May 22, 2012, 2012 U.S. Dist. Lexis 70796;

bb. Fosnight v. LVNV Funding, No. 1:15-cv-557-LJM-DKL (S.D. Ind.)(McKinney, J.), Certified by Order dated, October 22, 2015, 2015 U.S. Dist. LEXIS 143861; and,

cc. Fosnight v. Convergent Outsourcing, No. 1:15-cv-606-LJM-DML (S.D. Ind.)(McKinney, J.), Certified by Order dated, January 27, 2016, 2016 U.S. Dist. LEXIS 9337.

11. The following is a list of the Fair Debt Collection Practices Act class

actions in which I have been appointed class counsel for settlement classes:

Broome v. Feingold, Lang & Levy, 91 C 1297 (N.D. Ill.)(Plunkett, J.); Broome v. Naughton, 93 C 2850 (N.D. Ill.)(Duff, J.); Sullivan v. Transworld Systems, 93 C 2875 (N.D. Ill.)(Marovich, J.); Blum v. ICUL, 93 C 4399 (N.D. Ill.)(Duff, J.); Blum v. Freedman, Anselmo & Lindberg, 93 C 4621 (N.D. Ill.)(Nordberg, J.); Hiestand v. Schillerstrom & Crest, 93 C 6657 (N.D. Ill.)(Hart, J.); Hiestand v. Heller, Shapiro, Frisone & Ferleger, 93 C 7764 (N.D. Ill.)(Guzman, J.); Hiestand v. Kilberg, 94 C 175 (N.D. Ill.)(Pallmeyer, J.); Hyland v. Meyer & Njus, 94 C 7802 (N.D. Ill.)(Nordberg, J.); Katsoulis v. Lee, 95 C 2802 (N.D. Ill.)(Lindberg, J.); Katsoulis v. Educational Funding Co., 95 C 2803 (N.D. Ill.)(Lindberg, J.); Levitz v. LMR Finance Corp., 95 C 3540 (N.D. Ill.)(Marovich, J.); Blum v. Robert G. Michaels & Assoc., 95 C 4079 (N.D. Ill.)(Conlon, J.); Anast v. Schuster, 95 C 5953 (N.D. Ill.)(Bobrick, J.); Gammon v. Coldata, 95 C 6607 (N.D. Ill)(Coar, J); Jewell v. General Revenue Corp., 96 C 0406 (N.D. Ill)(Plunkett, J); Schlenz v. United Recovery Service, 96 C 0432 (N.D. Ill)(Bucklo. J); Clayton v. Credit Sciences, 96 C 1401 (N.D. Ill.)(Norgle, J); Thomas v. MAC/TCS, 96 C 1519 (N.D. Ill.)(Leinenweber, J.); Mahoney v. West Capital Financial Service Corp., 96 C 1665 (N.D. Ill.)(Leinenweber, J.); Young v. Bowman, Heintz, Boscia & McPhee, 96 C 1767 (N.D. Ill.)(Andersen, J.); Riter v. Moss & Bloomberg, 96 C 2001 (N.D. Ill.)(Pallmeyer, J.); Blum v. G.C. Services, 96 C 2167 (N.D. Ill.)(Castillo, J.); Farrell v. Hanna, 96 C 2268 (N.D. Ill.) (Nordberg, J.); Holman v. Red River Collections, 96 C 2302 (N.D. Ill.)(Coar, J.); Jensen v. Delivery Verification Service, 96 C 2388 (N.D. Ill.)(Holderman, J.); Newman v. Boehm, Pearlstein & Bright, 96 C 3233 (N.D. Ill.)(Pallmeyer, J.); Dumetz v. Alkade, 96 C 4002 (N.D. Ill.)(Nordberg. J.); Morris v. MaxTel Assoc., 96 C 4004 (N.D. Ill.)(Leinenweber. J); Flowers v. Accelerated Bureau of Collections, 96 C 4004 (N.D. Ill.)(Pallmeyer, J.); Alvarez v. Krevsky & Rosen, 96 C 7586 (N.D. Ill.)(Leinenweber, J.); Depcik v. Mid Continent Agencies, 96 C 8627 (N.D. Ill.) (Bobrick, J.); Deatherage v. Rosso, 97 C 0024 (N.D. Ill.)(Bucklo, J.); Wilson v. Evans, 97 C 0173 (N.D. Ill.)(Leinenweber, J.); Mitchell v. Schumann, 97 C 0240 (N.D. Ill.)(Aspen, J.); Bauer v. Wilber, 97 C 0627 (N.D. Ill.) (Nordberg, J.); Meredith v. Integretel, 97 C 0893 (N.D. Ill.)(Shadur, J.); Lockemy v. Comprehensive Collection Services, 97 C 1180 (N.D. Ill.)(Coar, J.); Lewis v. Payco, 97 C 1335 (N.D. Ill.)(Grady, J.); Pfeifer v. NCO Group, 97 C 2409 (N.D. Ill.) (Norgle, J.); Irvin v. Universal Credit Service, 97 C 2638 (N.D. Ill.)(Moran, J.); Taylor v. Allied Interstate, 97 C 2970 (N.D. Ill.)(Bobrick, J.); Tietyen v. National Action Financial Service, 97 C 2972 (N.D. Ill.)(Guzman, J.); Al-Samarrai v. Recovery Bureau of America, 97 C 3712 (N.D. Ill.)(Bobrick, J.); Russell v. Perimeter Credit 97 C 3713 (N.D. Ill.)(Grady, J.); Volk v. Nationwide, No. 97 C 3737 (N.D. Ill.)(Bobrick, J.); Bass v. SCA Credit Service, 97 C 4058 (N.D. Ill.)(Shadur, J.); Littles v. Financial Asset Management Systems, 97 C 4185 (N.D. Ill.)(Levin, J.); Verdeyen v. Telecheck Services, 97 C 4364 (N. D. Ill.)(Levin, J.); Beagles v. McNeilly, Rosenfeld & Rubenstein, 97 C 4449 (N.D. Ill.)(Castillo, J.); Augelli v. Goggins & Lavintman, 97 C 6929 (N. D. Ill.)(Keys, J.); Gula v. Nationwide Credit, 97 C 7907 (N.D. Ill.) (Plunkett, J.); Gurgone v. Surpas Resource Corporation, 97 C 8282(N.D. Ill.)(Shadur, J); Gurgone v. Retrieval Masters Creditors Bureau, Inc., 97 C 8203 (N.D. Ill.)(Keys, J.); Ryan v. Retrieval Masters Creditors Bureau, IP97-594-C H/G (S.D. Ind.)(Godich, J.); Carroll v. Dymacol, IP97-1190-C B/S (S.D. Ind.)(Barker, J.); Lee v. The Credit Bureau of Greater Indianapolis, IP97-1547-C M/S (S.D.Ind.)(McKinney, J.); Williams v. Coldata, IP97-2010-C-B/S (S.D. Ind.)(Barker,

J.); Goslee v. Franklin Mint, 97-8055 (E.D. Penn.)(Ludwig, J.); Sanders v. Jackson, 98 C 0209 (N.D. Ill.) (Denlow, J.) Ketchum v. Accelerated Bureau of Collections, 98 C 0905 (N.D. Ill.) (Holderman, J.); Riccio v. Eskanos & Adler, 98 C 1298 (N.D. Ill.)(Bobrick, J.); Farley v. Diversified Collection Services, 98 C 2108 (N.D. Ill.)(Manning, J.);Morris v. Trauner, Cohen & Thomas, 98 C 3428 (N.D. Ill.)(Castillo, J.); Palmer v. Mann, Bracken, Layng & Knezo, 98 C 3485 (N.D. Ill.)(Williams, J.); Stiffler v. Dymacol, IP98-0471-C B/S (S.D.Ind.)(Barker, J.); West v. Hanna, IP 98-0637-C-Y/S (S.D. Ind.) (Young, J.); Kitkowski v. LTD Financial Services, 98 C 3650 (N.D. Ill.)(Holderman, J.); Bato v. Allied, 98 C 4957 (N.D. Ill.)(Moran, J.); Hill v. Aman Collection Services, IP98-1226-C-G/T (S.D. Ind.)(Godich, J.); Moran v. Dun & Bradstreet, 98 C 3293 (N.D. Ill.)(Gettleman, J.); Jones v. Titan Diversified, 98 C 4043 (N.D. Ill.)(Schenkier, J.); Means v. Assetcare, IP99-0211 C B/S (S.D.Ind.) (Barker, J.); Elmore v. Chase Receivables, IP99-0090 C-M/S (S.D.Ind.)(McKinney, J.); Bowman v. Credit Union Center of Indianapolis, IP98-1591 C B/S (S.D. Ind.) (Barker, J.); Poulus v. Retrieval Masters Creditors Bureau, IP99-0083 C B/S (S.D. Ind.) (Barker, J.); Edwards v. Delivery Verification Service, IP98-1505 C M/S (S.D. Ind.) (McKinney, J.); Yarbrough v. Financial Collection Agencies, 98 C 3720 (N.D. Ill.)(Zagel, J.); Shepherd v. United Compucred Collections, 99 C 433 (N.D. Ill.)(Lefkow, J.); Shepherd v. Mid Am Recovery Services, 99 C 1607 (N.D. Ill.) (Coar, J.); Garcia v. International Mercantile Company, 99 C 1731 (N.D. Ill.) (Castillo, J.); Huse v. Collection Associates, IP 99-1172 C-M/S (S.D. Ind.)(McKinney, J.); Reed v. Windham Associates, IP99-1048 C-D/F (S.D. Ind.)(Dillin, J.); Freeman v. Profit & Loss, IP99-1049 C-T/G (S.D. Ind.)(Tinder, J.); Rankin v. L. J. Ross Associates, IP99-1050 C-M/S (S.D. Ind.)(McKinney, J.); Bell v. United Compucred Collections, IP99-1391 C-S/M (S.D. Ind.)(Shields, J.); Huse v. Atlas Corporation, IP99-1441 C-H/G (S.D. Ind.) (Hamilton, J.); Reyes v. ChexSystems, 98 C 2822 (N.D. Ill.)(Moran, J.); Tatum v. Capital Recovery Associates, 99 C 2738 (N.D. Ill)(Levin, J.); Sykes v. Martel Management, 99 C 6586 (N.D. Ill.)(Gettleman, J.); Szymczak v. Martel Management, 99 C 6587 (N.D. Ill.)(Kocoras, J.); Roberts v. NCO Financial Systems, IP99-1869 C-F/Y (S.D. Ind.)(Foster, J.); Willis v. Weltman, Weinberg & Reis Co., L.P.A., IP00-1024-C-T/G (S.D. Ind.)(Tinder, J.); Dorsey v. National Action Financial Services, IP00-1025-C-G/H (S.D. Ind.)(Godich, J.); McCracken v. Deluxe Payment Protection Systems, IP00-1621-C-S/M (S.D. Ind.)(McKinney, J.); McCracken v. Trac-A-Chec, IP00-1796-C-H/G (S.D. Ind.)(Hamilton, J.); Raison v. Credit Bureau Systems, IP00-1797-C-G/H (S.D. Ind.)(Godich, J.); Worthington v. Unterberg & Associates, IP00-1987-C-B/S (S.D. Ind.) (Barker, J.); Ketchum v. OSI Collection Services, IP00-1620-C-B/S (S.D. Ind.)(Barker, J.); Dublinski v. NCO Financial Systems, 01 C 0260 (N.D. Ill.)(Zagel, J.); Brown v. Merchants & Medical Credit Corporation, IP01- 0101-C-B/S (S.D. Ind.)(Barker, J.); Barkdull v. NCO Financial Systems, IP00-1989-C-G/H (S.D. Ind.)(Godich, J.); Stewart v. G.H. And Associates, IP00-1988-C-G/H (S.D. Ind.)(Godich, J.); Kinch v. NCO Financial Systems, IP01-0801-C-S/M (S.D. Ind.)(Shields, J.); Keller v. FAST, IP01-0862-C-F/D (S. D. Ind.)(Foster, J.); Wolfe v. Priority Financial Services, IP01-0077-S/M (S.D. Ind.) (Shields, J.); Evans v. Nationwide Credit and Collection, No.01 C 3653 (N.D. Ill.) (Pallmeyer, J.); Brown v. Corporate Receivables, IP00-0442-G/H (S.D. Ind.)(Godich, J.); Brown v. MS Services, IP01-0102-C-T/F (S.D. Ind.)(Tinder, J.); Winterstein v. CrossCheck, 00 C 4830 (N.D. Ill.)(Pallmeyer, J.); Dorsey v. Credit Protection Association, IP01-0945-C-G/H (S.D. Ind.)(Godich, J.); Flanigan v. International Check Services, IP01-0130-C-T/K (S.D. Ind.)(Tinder, J.); Matthews v. First Revenue

Assurance, 00 C 3711 (N.D. Ill)(Kennelly, J.), Conner v. Statewide Credit Association, IP01-0944-C-G/H (S.D. Ind.)(Godich, J.); Wilson v. NCO Financial Systems, 01 C 8925 (N.D. Ill.)(Kennelly, J.); Sowers v. Gulf State Credit, IP01-1136-C-K/H (S.D. Ind.)(Baker, J.); Thomas v. Portfolio Recovery Associates, IP01-0882-C-S/M (S.D. Ind.)(Shields, J.); Gibson v. Aman Collection Service, IP00-1798-C-T/K (S.D. Ind.)(Tinder, J.); Jackson v. Aman Collection Service, IP01-0100-C-T/K (S.D. Ind.)(Tinder, J.); Collins v. I.C. System, IP01-1707-C-K/T (S.D. Ind.)(Baker, J.); Bell v. Capital Recovery Service, IP02-0120-C-T/K (S.D. Ind.)(Tinder, J.); Komplin v. International Check Services, 01 C 7353 (N.D. Ill.)(Schenkier, J.); Raison v. Real Time Resolutions, IP02-0119-C-K/Y ((S.D. Ind.)(Baker, J.); Allen v. NCO Financial Systems, 01 C 3992 (N.D. Ill.)(Ashman, J.); Fultz v. NCO Financial Systems, IP02-0238-C-K/T (S.D. Ind.)(Baker, J.); Reel v. National Financial Systems, IP02-0948-C-S/M (S.D. Ind.)(Shields, J.); Doss v. Glenn Daniels Corporation, 02 C 0787 (N.D. Ill.)(Ashman, J.); Thompson v. Transworld Systems, 02 C 4496 (N.D. Ill.)(Brown, J.); Thompson v. Superior Asset Management, 02 C 4498 (N.D. Ill.)(Kennelly, J.); and, Coe v. Weltman Weinberg & Reis, IP02-1303-C-S/B (S.D. Ind.)(Shields, J.); Gilliam v. Superior Asset Management, IP02-0390-C-Y/F (S.D. Ind.)(Young, J.); Scheckles v. Pioneer Credit Recovery, IP02-1304-C-K/T (S.D. Ind.)(Baker, J.) .); Ross v. United Recovery Systems, IP02-CV-1720-TAB-RLY (S.D. Ind.)(Baker, J.); Henderson v. Weltman, Weinberg & Reis Co., L.P.A., 1:03-CV-0191 VSS-SEB (S.D. Ind.)(Shields, J.); Kuzdas v. NCO Financial Systems, 03 C 3650 (N.D. Ill.)(Denlow, J.); Estes v. SRA Associates of New Jersey, 1:03-CV-0956-JDT-WTL (S.D. Ind.)(Lawrence, J.); Jones v. Risk Management Alternatives, No. 02 C 9392 (N.D.Ill.)(Denlow, J); Mendoza v. First Revenue Assurance, No. 03 C 2837 (N.D. Ill.)(Bobrick, J.); Brinker v. Education Debt Services, No. 1:03-CV-0192-VSS-SEB (S.D. Ind.) (Shields, J); Morrison v. Weltman, Weinberg & Reis Co., L.P.A., No. 1:04-CV-0194-VSS-SEB (S.D. Inc.)(Shields, J); Meltzer v. Weltman, Weinberg & Reis Co., L.P.A., No. 04 C 1803 (N.D. Ill.)(Denlow, J.); Wilson v. Collecto, No. 03 C 4673 (N.D. Ill.)(St. Eve, J.); Buchanan v. Blume, Connelly, Jordan & Stucky and Thomas L. Stucky, No. 1:04-CV-0460-VSS-SEB (S.D. Ind.)(Shields, J); McFarland v. First Performance Recovery Corp., No. 1:04-CV-1129-TAB-RLY (S.D. Ind.)(Baker, J.); Chuway v. National Action Financial Services, No. 02 C 1247 (N.D. Ill.)(Lefkow, J.); McDaniel, McGraw and Brown v. National Action Financial Services, No. 04 C 2471 (N.D. Ill)(Lefkow, J.); Carson v. Collection Bureau of the Hudson Valley, No. 1:04-CV-1697-VSS-SEB (S.D. Ind.) (Shields, J); Pittman v. AmSher Collection Services, No. 05 C 1027 (N.D. Ill.)(Nolan, J); Lane v. Solomon and Solomon, P.C., No. 1:04-CV-1560-VSS-SEB, (S.D. Ind.)(Shields, J); Ward v. Madison Avenue Associates, No 1:05-CV-0689-WTL-LJM (S.D. Ind.) (Lawrence, J); Dawson v. M.R.S. Associates, No. 04 C 6482 (N.D.Ill.)(Gettleman, J.); Dawson v. Allied Interstate, No. 04 C 6618 (N.D.Ill)(Guzman, J); Mankowski and Sissman v. OSI Collection services, No. 04 C 6848 (N.D.Ill.)(Gottshall, J); Eads v. Encore Receivables Management, No. 1:05-CV-1539-TAB-JDT (S.D.Ind.); Romero v. Law Offices of Mitchell N. Kay, No. 06 C 0954 (N.D.Ill.)(Guzman, J); Lau v. Arrow Financial Services, No. 06 C 3141 (N.D.Ill.)(Guzman, J), Sanchez v. Northstar Location Services, No. 08 C 4885 (N.D. Ill.)(Nordberg, J); Burton v. Northstar Location Services, No. 08 C 5751 (N.D. Ill.)(Nordberg, J); Margulin v. Trojan Professional Services, No. 08 C 7052 (N.D. Ill.)(Hart, J.); Esparza v. Donald J. Lally, Jr., No. 08 C 5940 (N.D. Ill.)(Cox, J.); Lee v. Tressler, Soderstrom, Maloney & Priess, No. 09 C 0344 (N.D. Ill.)(Lindberg, J); Tenerelli v. Cardworks Servicing, No. 09 C 2651 (N.D. Ill.)(Nordberg, J.); Ritthaler v.

Riddle & Associates, No. 08 C 6920 (N.D. Ill.)(Cox, J); Halbert v. Creditors Interchange Receivable Management, No. 09 C 6207 (N.D. Ill.)(Keys, J.); Halbert v. Biehl & Biehl, No. 09 C 6221 (N.D. Ill.)(Dow, J.); Layman, et al. v. Forster & Garbus, No. 1:09-CV-0733-RLY-DML (S.D. Ind.)(Young, J); Reichel v. Academy Collection Service Management, No. 1:10-CV-1119-JAG (C.D. Ill.)(Gorman, J.); Kiousis v. Encore Receivable Management, No. 11 C 0033 (N.D.Ill.)(Leinenweber, J); Shane v. Stephen E. Ferrucci, d/b/a Clapp Ferrucci Attorneys At Law, No. 1:11-CV-0946-TAB-TWP (S.D. Ind. 2011)(Baker, J.); Walls v. United Collection Bureau, No. 12 C 6056 (N.D. Ill.) (Grady, J.); Braatz v. Leading Edge Recovery Solutions, No. 11 C 3835 (N.D. Ill.) (Shadur, J.); Kallenborn v. J.C. Christensen and Associates, No. 12 C 6056 (N.D. Ill.)(Kennelly, J.); Halliday v. Law Offices of David A. Kolb, No. 12 C 6705 (N.D. Ill.) (Darrah, J.); Glover v. Alpha Recovery Corp., No. 12 C 4355 (N.D. Ill.)(Kennelly, J.); Johnson v. Redman, Ludwig, No. 1:12-cv-1310-JLM-DML (S.D. Ind.)(Lynch, J.); Poole v. Central Portfolio Control, No. 1:12-cv-1525-MJD-TWP (S.D. Ind.)(Dinsmore, J.); Paulus v. Pride Acquisitions, No. 1:12-cv-1433-LJM-MJD (S.D. Ind.)(McKinney, J.); Baker v. National Recovery Center, No. 1:13-cv-71-TWP-DML (S.D. Ind.)(Pratt, J.); Chernak v. Professional Recovery Services, No. 13 C 2538 (N.D. Ill.)(Durkin, J.); Galmore v. Dynamic Recovery Solutions, No. 13 C 5610 (N.D. Ill.)(Norgle, J.); Miller v. National Enterprise Systems, No. 13 C 1720 (N.D. Ill.)(Pallmeyer, J.); Castillo v. RGS Financial, No. 13 C 5738 (N.D. Ill.)(Kendall, J.); Hensley v. Jacob Law Group, No. 1:13-cv-1042-JMS-MJD (S.D. Ind.)(Stinson, J.); Vincent v. Chuhak & Tecson, No. 13 C 5625 (N.D. Ill.)(St. Eve, J.); Fox v. Resurgent, No. 1:14-cv-715-DML-RLY (S.D. Ind.)(Lynch, J.); Tetik v. J.C. Christensen & Associates, No. 14-C-3909 (N.D. Ill.)(Wood, J.); Perez v. Monarch Recovery Management, No. 13 C 5694 (N.D. Ill.)(Zagel, J.); Washington v. Vengroff Williams, No. 1:15-cv-210-LJM-DKL (S.D. Ind.)(McKinney, J.); Wood v. State Collection Service, No. 1:15-cv-475-SEB-DKL (S.D. Ind.)(Barker, J.); Gilman v. Wright, Lerch & Litow, et al., No. 1:15-cv-343-DML-RLY (S.D. Ind.)(Lynch, J.); Lynch v. West Asset Management, No. 1:15-cv-756-TAB-JMS (S.D. Ind.)(Baker, J.); Castro v. Lloyd, No. 1:15-cv-559-TWP-DML (Pratt, J.); Stark v. Resurgent Capital Services, No. 1:15-cv-920-TAB-JMS (S.D. Ind.) (Baker, J.); Fosnight v. Convergent Outsourcing, No. 1:15-cv-606-LJM-DML (S.D. Ind.)(McKinney, J.); Hayes and Smith v. LVNV Funding, No. 1:15-cv-687-TAB-TWP (S.D. Ind. Baker, J.); and, Fosnight v. LVNV Funding and FNCB, No. 1:15-cv-557-LJM-MPB (S.D. Ind.)(McKinney, J.)

12. For the personnel who are working on this matter, my firm charges $575 per hour for my work, $565 per hour for my partner's, Mary E. Philipps', work, $275 per hour for our associate's, Angie K. Robertson's, work, and $200 per hour for our paralegals' work. These are my firm's usual rates for 2016 for both paid hourly and contingent fee matters.

13. On May 2, 2016, in response to Plaintiff's discovery requests, Defendant

stated that it sent 1,096 letters, in the same form as that sent to Plaintiff Bernal, to persons within the State of Illinois during the class period as to a Six-Flags account.

Dated: May 10, 2016                                      /s/ David J. Philipps
                                                                                        David J. Philipps