**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Joseph Bernal, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 16 C 1904 |
| NRA GROUP, LLC, a Pennsylvania limited liability company, d/b/a National Recovery Agency, | ) ) ) ) | Judge Feinerman |
| Defendant. | ) ) | |

**DOCKETING STATEMENT
FOR APPEAL TO THE SEVENTH CIRCUIT**

Joseph Bernal, individually and on behalf of all others similarly situated, files this Docketing Statement in accordance with Circuit Rule 3(c)(1) of the Rules of the United States Court of Appeals for the Seventh Circuit:

**A.    Jurisdiction of the District Court**

The Class Representative's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, <u>et</u> <u>seq</u>.   Accordingly, the District Court has federal question jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

**B.    Jurisdiction of the Appellate Court**

1.    The statutory provision which confers jurisdiction on the Appellate Court is 28 U.S.C. § 1291.

2.    The Judgment in a Civil Case to be reviewed is dated, and was entered on the docket on, December 5, 2017; the post-trial Memorandum Opinion and Order to be reviewed is dated, and was entered on the docket, on November 1, 2017.

3.   No motions to alter or amend the judgment have been filed.

4.   The Notice of Appeal was filed on December 21, 2017.

5.   This is an appeal from a final judgment adjudicating all of the claims of the

Class Representative and the Class.

Joseph Bernal, individually and on
behalf of all others similarly situated,

By: /s/ David J. Philipps
Class Counsel

Dated:  December 21, 2017

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angiekrobertson@aol.com

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 21, 2017 a copy of the foregoing **Docketing Statement for Appeal to the Seventh Circuit** was filed electronically. Notice of this filing was sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Charity A. Olson                    charity.olson@brockandscott.com
Brock & Scott, PLLC
2723 South State Street
Suite 150
Ann Arbor, Michigan 48104

Brandon A. Carnes              bcarnes@rockfuscoconnelly.com
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, Illinois 60654


/s/ David J. Philipps_____
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Robert Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

3